# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

PAUL BOWARY, M.D.

**Plaintiff(s)**

v.

UNITED STATES MEDICAL LICENSING EXAMINATION, NATIONAL BOARD OF MEDICAL EXAMINERS,

**Defendant(s)**

Case No.: 1:21-cv-00278-JJM-LDA

## MOTION FOR ADMISSION *PRO HAC VICE*

I, **Stacey P. Nakasian**, am a member in good standing of the bar of this Court. I am moving for the admission of Attorney **Caroline Mew** to appear *pro hac vice* in this case as counsel for National Board of Medical Examiners and The Federation of State Medical Boards of the US, Inc.

I certify that I have reviewed the below information provided by the prospective admittee. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

**LOCAL COUNSEL:**

Stacey P. Nakasian
*Name*

5069
*Bar Number*

Duffy & Sweeney, LTD.
*Firm/Agency*

321 South Main St., Ste 300
*Address*

Providence, RI 02903
*City, State, Zip Code*

[Signature]
*Signature*

07/02/2021
*Date*

401-455-0700
*Telephone Number*

*Fax Number*

snakasian@duffysweeney.com
*E-mail Address*

### To be completed by the Prospective Admittee

I am a member in good standing of the bar of every state and federal court to which I have been admitted, and my eligibility to practice before those courts has not been restricted in any way (*list courts below.*)

| State or Federal Court | Admission Date | State or Federal Court | Admission Date |
|---|---|---|---|
| See attachment | | | |
| | | | |
| | | | |
| | | | |

### To be completed by the Prospective Admittee

*If you answer yes to any of the below questions, you must provide a full explanation as an attachment.*

| Question | YES | NO |
|---|---|---|
| Have you ever been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys? | ☐ | ☑ |
| Are there any disciplinary proceedings pending against you at this time? | ☐ | ☑ |
| Has your *pro hac vice* status ever been revoked by any court? | ☐ | ☑ |
| Excluding traffic violations punishable by fine only, have you ever been convicted of, or entered a plea of no contest to, any crime? | ☐ | ☑ |
| Are there any criminal charges pending against you at this time? | ☐ | ☑ |

### Certification and Signature

For the purpose of this case, I have associated with local counsel identified in this motion, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

I understand my obligation to notify this Court of any changed circumstances that affect my answers to the questions contained within this motion.

I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it. I hereby certify that the foregoing is true and correct.

Respectfully submitted,

PROSPECTIVE ADMITTEE:

**Caroline Mew**
Name

**Perkins Coie, LLP**
Firm/Agency

700 Thirteenth St. NW Ste. 800
Address

Washington, D.C. 20005-3960
City, State, Zip Code

*Caroline Mew*
Signature

202-654-1767
Telephone Number

202-654-6211
Fax Number

cmew@perkinscoie.com
E-mail Address

State and Federal Courts to Which Caroline Mew Has Been Admitted

| Court | Admission Date |
|---|---|
| North Carolina | August 21, 1999 |
| District of Columbia | May 8, 2000 |
| U.S. District Court for the Middle District of N.C. | May 29, 2001 |
| U.S. Court of Appeals for the Federal Circuit | July 24, 2001 |
| U.S. District Court for the District of Columbia | June 3, 2002 |
| United States Supreme Court | August 4, 2003 |
| U.S. Court of Appeals for the Fourth Circuit | February 9, 2004 |
| U.S. Court of Appeals for the Second Circuit | January 24, 2006 (not currently admitted; membership lapsed when I chose not to renew membership) |
| U.S. Court of Appeals for the D.C. Circuit | October 15, 2012 |
| U.S. Court of Federal Claims | November 21, 2014 |
| U.S. Court of Appeals for the First Circuit | December 16, 2015 |
| U.S. District Court for the District of Michigan | October 6, 2017 |
| U.S. Court of Appeals for the Third Circuit | January 22, 2020 |
| U.S. District Court for the Western District of N.C. | November 10, 2020 |
| U.S. District Court for the Eastern District of N.C. | November 17, 2020 |