AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Rhode Island

| | | |
|---|---|---|
| Paul Bowary, M.D. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:21-CV-00278-JJM-LDA |
| United States Medical Licensing Examination, et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

National Board of Medical Examiners, and The Federal of State Medical Boards of the United States, Inc.

Date:   08/13/2021

/s/ Robert M. Duffy
*Attorney's signature*

Robert M. Duffy, Esq., #4428
*Printed name and bar number*

Duffy & Sweeney, LTD
321 South Main Street, Suite 400
Providence, RI  02903
*Address*

rduffy@duffysweeney.com
*E-mail address*

(401) 455-0700
*Telephone number*

(401) 455-0701
*FAX number*