# EXHIBIT 3

Exhibit 3



Secretariat:
3750 Market Street
Philadelphia, PA 19104
(215) 590-9500
USMLESec@nbme.org
www.usmle.org

# Committee for Individualized Review
# Personal Statement Submission Guidelines

The Committee for Individualized Review (CIR) is interested in hearing from you, in your own words, in the form of a written personal statement or, if you prefer, in-person.

If you choose to submit a written personal statement, please provide a direct and concise explanation regarding the issues raised in the letter you received from the Office of the USMLE Secretariat. It is not necessary to submit detailed information regarding your personal background. Note that any documents you submit to this office will be verified for authenticity.

Below are some guidelines for submitting your personal statement. If your personal statement falls outside of the guidelines, we will contact you, or your attorney (if applicable), and request that you revise your submission.

Personal statement submissions:

- **Must not** exceed **50 pages**, including a cover letter, supporting documentation, and section dividers
- **Must** be submitted as **one** document in **PDF format**
- **Must** be sent to our office only **via email** to USMLESec@nbme.org (Due to Covid-19, there is limited staff working in the physical premises to process any submissions made via fax or physical delivery. All submissions received via fax, the postal service and/or express carrier will be shredded.)
- **Must** be submitted by the assigned deadline

Supplemental documentation may include the following, if pertinent. None of the below documents are required, only include if directly relevant to your defense.

- Primary Source Emails
- Screenshots
- Photos
- Third-party reports
- Your CV
- Letters of Reference
- Personal health information (Reminder: Please only supply if directly relevant to your defense.)

**Please do not submit results of a polygraph examination.**



A Joint Program of the Federation of State Medical Boards of the U.S., Inc. and NBME®

Federation of State Medical Boards of the U.S., Inc.
400 Fuller Wiser Road
Euless, TX 76039
(817) 868-4000
USMLE@fsmb.org
www.fsmb.org

NBME
3750 Market Street
Philadelphia, PA 19104
(215) 590-9500
Webmail@nbme.org
www.nbme.org