## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAUL BOWARY, M.D.,<br><br>      Plaintiff,<br><br>  v.<br><br>UNITED STATES MEDICAL LICENSING EXAMINATION, NATIONAL BOARD OF MEDICAL EXAMINERS, and THE FEDERATION OF STATE MEDICAL BOARDS OF THTE UNITED STATES, INC.,<br><br>      Defendants. | Case No. 1:21-cv-00278-JJM-LDA |

### NOTICE OF APPEARANCE

Richard Goldstein and the law firm of Husch Blackwell LLP hereby enter their appearance on behalf of Plaintiff, Paul Bowary, M.D.

Respectfully submitted,

**HUSCH BLACKWELL LLP**

By: */s/ Richard Goldstein*
    Richard Goldstein, Esq., (#8501)
    One Beacon Street, Suite 1320
    Boston, MA 02108
    Phone: (617) 720-5090
    Facsimile: (617) 720-5092
    Mobile: (617) 938-3500
    richard.goldstein@huschblackwell.com

*Attorneys for Plaintiff Paul Bowary, M.D.*

Dated: November 9, 2021

## CERTIFICATE OF SERVICE

I, Richard Goldstein, Esq., hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any indicated as non-registered participants on this 9th day of November, 2021.

/s/ Richard Goldstein
Richard Goldstein, Esq.

2