UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLALND

| | |
|---|---|
| PAUL BOWARY, M.D., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES MEDICAL LICENSING EXAMINATION, NATIONAL BOARD OF MEDICAL EXAMINERS, and THE FEDERATION OF STATE MEDICAL BOARDS OF THTE UNITED STATES, INC., <br><br> Defendants. | Case No. 1:21-cv-00278-JJM-LDA |

## NOTICE OF APPEARANCE

Jeffrey Chase-Lubitz and the law firm of Husch Blackwell LLP hereby enter their appearance on behalf of Plaintiff, Paul Bowary, M.D.

> Respectfully submitted,
>
> **HUSCH BLACKWELL LLP**
>
> By: /s/ Jeffrey Chase-Lubitz
>     Jeffrey Chase-Lubitz, Esq. (#3701)
>     One Richmond Square, Suite 165W
>     Providence, RI 02906
>     Phone: (401) 454-0400
>     Facsimile: (401) 454-0404
>     Mobile: (401) 225-8858
>     jeffrey.chase-lubitz@huschblackwell.com
>
> *Attorneys for Plaintiff Paul Bowary, M.D.*

Dated: November 9, 2021

## CERTIFICATE OF SERVICE

    I, Richard Goldstein, Esq., hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any indicated as non-registered participants on this 9th day of November, 2021.

                                                  /s/ Richard Goldstein
                                                  Richard Goldstein, Esq.

HB: 4814-3655-5006.1