# EXHIBIT B

Medical Council of Canada  /  LMCC

# Licentiate of the Medical Council of Canada

## Licentiate of the Medical Council of Canada (LMCC) and the Canadian Medical Register

### New LMCC eligibility criteria (as of June 29, 2021)

Recognising the impact of the pandemic, and the unprecedented challenges associated with delivering the Medical Council of Canada Qualifying Examination (MCCQE) Part II, on June 10, the MCC Council cancelled the MCCQE Part II and authorised and directed the Chief Executive Officer to perform the function of Registrar of the MCC and award the LMCC, effective June 29, 2021, to individuals who meet all of the following criteria:

1. Are a graduate from:
   - a medical school accredited by the Committee on Accreditation of Canadian Medical Schools, or
   - a medical school listed in the World Directory of Medical Schools which includes a sponsor note indicating it is an acceptable medical school in Canada, or
   - a United States School of Osteopathic Medicine accredited by the American Osteopathic Association,



2. Have successfully completed the MCCQE Part I (Pass), and
3. Have successfully completed:
   - at least 12 months of acceptable clinical postgraduate medical training as determined by the Executive Director, or
   - at least 12 months of acceptable osteopathic post graduate clinical training in a program accredited by the Accreditation Council for Graduate Medical Education ("ACGME") as determined by the Executive Director, and
4. Have the required medical credentials including verification of postgraduate training successfully source verified through MCC or, in exceptional circumstances, have provided evidence of the required medical credentials and postgraduate training that is acceptable to the Executive Director.

Individuals who meet the criteria will be included in the Canadian Medical Register in accordance with the MCC's existing Policy on Registration in the Canadian Medical Register.

11/5/21, 8:08 PM
The future of the Medical Council of Canada - MCC
Case 1:21-cv-00278-JJM-LDA   Document 26-2   Filed 11/09/21   Page 3 of 5 PageID #: 2167

with the MCC's existing Policy on Registration in the Canadian Medical Register.

Where an individual otherwise meets all the above criteria but is subject to a barring period from writing the MCCQE Part II, the Executive Director may award that individual the LMCC only after the expiration of the barring order.

Any decision of the Executive Director regarding an individual's eligibility for the LMCC pursuant to the above stated criteria shall be final.

## New LMCC FAQs

The new LMCC application fee is $ 250. It will apply to all candidates requesting the LMCC. It was determined with the objective of being fair and reasonable. The fee is based on costs to validate eligibility, process and issue the LMCC, including:

1. Verification of identity and credentials to ensure candidates meet the established LMCC criteria
2. Management of complex candidate cases, i.e. unavailability of required documents, consideration of acceptable substitute documents, name change requests, management of fraudulent documents
3. Processing the LMCC Certificate of Registration and Testamur
4. Printing and shipping in Canada and abroad
5. Inclusion, accuracy and maintenance to the Canadian Medical Register

Costs and activities related to issuing the LMCC were previously embedded in our processes and systems and tightly linked to a candidate obtaining a "Pass" result on the MCCQE Part II. By removing the MCCQE Part II Pass criteria, the MCC must now change to managing requests for the award of the LMCC as a stand-alone process.

All candidates must pay an account fee. This fee covers:

- Storage of your medical credentials in a centralized electronic repository
- Secure document sharing with Canadian Medical Regulatory Authorities (MRAs) and other organizations
- Access to MCC support to guide you through the verification process

Prior to awarding the LMCC, candidates will be required to pay all monies owed to MCC, including the second installment of the physiciansapply.ca account fee and the LMCC application fee.

The MCC will revoke the LMCC of candidates that have been issued the LMCC and are subsequently non-compliant for payments due and communicate the change in status to the

Medical Regulatory Authorities (MRAs).

If a candidate is deemed to be ineligible, no refund of application or account fees will be made. Future applications will incur a new application fee.

To pay the applicable fee through your physiciansapply.ca account, follow these steps:

1. Click on **Account summary** on the left panel.
2. Click on **Pay now** to complete your payment.

The LMCC will be awarded within 5 business days of receiving payment and the LMCC number will be displayed in your physiciansapply.ca account.

Please allow 6 to 8 weeks for the hard copy to be mailed out after the fee has been paid. Documents can take up to 4 weeks to arrive within Canada and up to 8 weeks overseas. All LMCC certificates will be sent by **regular mail.**

Phase one is underway and will be completed over the summer months.  The MCC will process the MCCQE Part II May 2020 and 2021 cohorts that were registered for the exam. Once the LMCC is awarded, the MRAs will be able to access the information via the physiciansapply.ca portal.

Phase two will apply to a broader group of candidates. The MCC will add an LMCC service request to physiciansapply.ca to allow all other eligible candidates who meet the new outlined <u>criteria</u> to request an LMCC. This phase is anticipated to be in place by January 2022.

All candidates requesting the LMCC through their physiciansapply.ca account will be charged a $250 application fee.

Please keep monitoring our website for further updates.

## Previous eligibility criteria

A physician can be inscribed in the Canadian Medical Register provided he or she has submitted evidence of at least twelve months of postgraduate clinical medical training deemed acceptable by the Executive Director and successfully completed:

- the Qualifying Examination prior to Jan. 1, 1992; or
- the MCCQE Part I and the MCCQE Part II; or

11/5/21, 8:08 PM
Licentiate of the Medical Council of Canada - MCC
Case 1:21-cv-00278-JJM-LDA   Document 26-2   Filed 11/09/21   Page 5 of 5 PageID #: 2169

- the MCCQE Part I and the MCCQE Part II; or
- the MCCQE Part I and, during the years from 2013 to 2015, the MCC/CFPC harmonized examination.

## LMCC

A physician who meets the foregoing requirements is enrolled in the Canadian Medical Register as a LMCC and receives a Certificate of Registration (wallet-size plastic card). This certificate serves as official proof of registration. If submitted to a Medical Regulatory Authority (MRA) or other agency, it should be recovered by the owner for further use as required. A Testamur (suitable for framing), intended for display purposes rather than as official proof of registration, is also provided.
Click here for a complete list of the 2018-2019 Licentiates.

## Limitations

The LMCC is NOT a licence to practise medicine, the authority to issue such is reserved to the MRAs. When a candidate has satisfied the various requirements imposed by the MRA, the final step towards licensure to practise is to submit an application to the Registrar of that MRA.

# Route to licensure

Find out more about the route to licensure and the process to become a practising physician in Canada, including how to obtain the Licentiate of the Medical Council of Canada.