# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

PAUL BOWARY, M.D.                       :
           *Plaintiff*,                 :
                                        :        Civil Action No.:
           VS.                          :        1:21-CV-00278-JJM-LDA
                                        :
UNITED STATES MEDICAL LICENSING         :
EXAMINATION, NATIONAL BOARD OF          :
MEDICAL EXAMINERS, and THE              :
FEDERATION OF STATE MEDICAL             :
BOARDS OF THE UNITED STATES, INC.       :
           *Defendants*.                :

## PLAINTIFF'S COUNSEL'S MOTION TO WITHDRAW

Dennis T. Grieco II, pursuant to D.R.I. L.R. Gen. 206(d), hereby moves to withdraw his appearance on behalf of the Plaintiff, Paul Bowary, M.D.  Alternative counsel, Jeffrey Chase-Lubitz and Richard Goldstein, have already entered their appearance on behalf of the Plaintiff. (Docket Nos. 24 and 25, Notices of Appearance by Richard Goldstein and Jeffrey Chase-Lubitz). The undersigned is informed that they are fully prepared to address any matters pending in the case without delay.  However, there are two motions pending before the Court, Plaintiff's Motion For Entry of Order Reflecting The Court's Ruling on Plaintiff's Motion For Preliminary Injunction (Expedited Hearing Requested) and Defendants' Motion To Vacate The Court's Preliminary Injunction of August 30, 2021.  Thus, the filing of a notice of withdrawal pursuant to D.R.I. L.R. Gen. 206(d)(1) is not available, necessitating this motion to withdraw.

Wherefore, this Motion should be granted, and the undersigned should be permitted to withdraw his appearance on behalf of the Plaintiff.

1

/s/ Dennis T. Grieco II

_____

Dennis T. Grieco II  #5057
GRIECO LAW
70 Jefferson Boulevard, Suite 301
Warwick, RI  02888
Tel:  (401) 432-7400 / Fax:  (401) 461-4107
DGrieco@grieco-law.com

### CERTIFICATE OF SERVICE

I certify that on November 11, 2021, a copy of the foregoing document was electronically filed through the Court's CM/ECF system, served electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and forwarded to Plaintiff, Paul Bowary, M.D., via email and first-class mail.

/s/ Kimberley M. Woodward