UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PAUL BOWARY, M.D.,

    Plaintiff,

  v.

UNITED STATES MEDICAL LICENSING EXAMINATION, NATIONAL BOARD OF MEDICAL EXAMINERS, and THE FEDERATION OF STATE MEDICAL BOARDS OF THE UNITED STATES, INC.,

    Defendants.

Case No. 1:21-cv-00278-JJM-LDA

## **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendants National Board of Medical Examiners and the Federation of State Medical Boards of the United States, Inc., by this Motion seek an extension of time to file the reply memorandum in support of their Motion to Vacate the Court's Preliminary Injunction Order of August 30, 2021 [Docket #26], and in support thereof state:

Defendants filed their Motion to Vacate on November 9. On November 23, 2021, the Plaintiff filed under seal an opposition to that motion [Docket #30] and a separate Motion for Entry of Order [Docket #31]. Defendants' counsel did not receive unredacted copies of those papers until November 29, 2021. Pursuant to the Court's local rules, the Defendants' reply in support of their Motion to Vacate is due December 1, 2021. Because they only received Plaintiff's Opposition on November 29, Defendants request leave to file their reply memorandum on December 8, which is the date their Opposition is due to Plaintiff's Motion for Entry of Order. Plaintiff has no objection to this request of extension.

Dated:  November 30, 2021

Respectfully submitted,

/s/ Stacey P. Nakasian

_____

Stacey P. Nakasian (Bar No. 5069)
SNakasian@duffysweeney.com
Duffy & Sweeney, Ltd.
321 South Main Street, Suite 400
Providence, RI 02903-7109
Telephone:  401-455-0700
Facsimile:   401-455-0701

/s/ Robert A. Burgoyne

_____

Robert A. Burgoyne (*Pro Hac Vice*)
RBurgoyne@perkinscoie.com
Caroline M. Mew (*Pro Hac Vice*)
CMew@perkinscoie.com
Perkins Coie LLP
700 13th St., N.W., Suite 800
Washington, DC 20005-3960
Telephone: 202-654-6200
Facsimile:  202-654-6211

Attorneys for Defendants NBME and FSMB

## **CERTIFICATE OF SERVICE**

I certify that on November 30, 2021, I electronically e-filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

 /s/ Stacey P. Nakasian