# EXHIBIT C



*Secretariat:*
3750 Market Street
Philadelphia, PA 19104
(215) 590-9500
USMLESec@nbme.org
www.usmle.org

**Via Email**
**Personal and Confidential**

October 28, 2021

Paul Bowary                                          USMLE ID#: 0-899-284-4
20 Mission Place
Providence, RI 02908

Email: paul_bowary@brown.edu

Dear Dr. Bowary:

As you know, NBME and the FSMB will be conducting another CIR hearing in your case. In advance of that hearing, I am writing to request that you provide certain additional documentation that is relevant to this matter. *See* 2018 USMLE Bulletin of Information at page 25 ("Individuals who are the subject of an investigation must cooperate fully with the investigation, including providing all requested documentation....").

First, we would like you to provide us with a copy of the Google Takeout used by Dr. Hayes to complete his report. The copy of the email that you previously provided to Nicole Miller in March 2020 for NBME's review is not the same version of the email that Dr. Hayes used as the basis for his report.

Second, please provide us with phone records showing all telephone calls that you **received** in January, February and March 2019 at the number (401)-465-1179, placed from a phone number with a 215 area code. You should be able to access your statements for the requested months on the website of your phone service provider.

Third, please provide us with phone records showing all calls that you made to a phone number with a 215 area code between April 8, 2018 and December 28, 2018 from the number (401)-465-1179, or from any other number, during which you discussed your testing experience when you took the Step 3 exam in April 2018.

Finally, please provide us with a more legible copy of Dr. Darren R. Hayes' expert report, with images that are visually decipherable.

*A Joint Program of the Federation of State Medical Boards of the U.S., Inc. and NBME*

Federation of State Medical Boards of the U.S., Inc.
400 Fuller Wiser Road
Euless, TX 76039
(817) 868-4000
USMLE@fsmb.org
www.fsmb.org



NBME
3750 Market Street
Philadelphia, PA 19104
(215) 590-9500
Webmail@nbme.org
www.nbme.org

We would like to obtain the requested records as soon as possible, given the time constraints under which everyone is operating. We look forward to hearing from you and appreciate your cooperation.


Sincerely,

Amy Buono
Office of the USMLE Secretariat