UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAUL BOWARY, M.D.,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES MEDICAL LICENSING EXAMINATION, NATIONAL BOARD OF MEDICAL EXAMINERS, and THE FEDERATION OF STATE MEDICAL BOARDS OF THE UNITED STATES, INC.,<br><br>    Defendants. | Case No. 1:21-cv-00278-JJM-LDA |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated November 7, 2022, the Plaintiff Paul Bowary, M.D., and the Defendants (the "Parties") submit the following Joint Status Report.

On June 6, 2022, the Parties agreed that Dr. Bowary's new hearing before the Committee for Individualized Review ("CIR") would take place on September 2, 2022.

On July 22, 2022, which was six weeks before the September 2, 2022, CIR hearing, Defendants sent Plaintiff and his counsel a set of all documents that NBME staff intended to present to the CIR, consisting of roughly 300 pages of documents. The documents included: statements from three NBME employees and one employee of the Federal of State Medical Boards, a chronology, internal NBME e-mails, and e-mail communications to or from Plaintiff. It also included a report from a new forensic consultant which had been retained by NBME in September 2021 to review the report by Plaintiff's forensic consultant, Dr. Darren Hayes.

On August 12, 2022, which was three weeks before the new CIR hearing, the Plaintiff submitted several documents to NBME, including a statement from Dr. Bowary and a supplemental report from Dr. Bowary's forensic consultant, Dr. Hayes.

On September 2, 2022, Dr. Bowary appeared remotely before the CIR, with counsel.  At the hearing, a USMLE Program representative made an opening presentation.  Dr. Bowary and his counsel made a presentation but they were limited to twenty minutes.

The CIR's written findings have not yet been provided to Dr. Bowary.  NBME advises the Court and opposing counsel that it anticipates the CIR's written findings will be made available for review by Bowary within the next two weeks.

Dr. Bowary continues to be licensed to practice medicine in Rhode Island and he continues to be employed by RICBT, Inc.

Respectfully submitted,

| For the Plaintiff, | For The Defendants, |
|---|---|
| PAUL BOWARY, MD., | UNITED STATES MEDICAL LICENSING EXAMINATION, NATIONAL BOARD OF MEDICAL EXAMINERS, and THE FEDERATION OF STATE MEDICAL BOARDS OF THE UNITED STATES, INC., |
| By: */s/ Richard Goldstein* <br> Richard Goldstein, Esq. (#8501) <br> HUSCH BLACKWELL LLP <br> One Beacon Street, Suite 1320 <br> Boston, MA 02108 <br> Phone: (617)598-6740 <br> Facsimile: (617)720-5092 <br> Mobile: (617)938-3500 <br> richard.goldstein@huschblackwell.com | By: */s/ Stacey Nakasian* <br> Stacey Nakasian (Bar No. 5069) <br> SNakasian@duffysweeney.com <br> Duffy & Sweeney, Ltd. <br> 321 South Main Street, Suite 400 <br> Providence, RI 02903-7109 <br> Telephone: 401-455-0700 <br> Facsimile: 401-455-0701 |
| Jeffrey Chase-Lubitz, Esq. (#3701) <br> HUSCH BLACKWELL LLP | Robert A. Burgoyne - *pro hac vice* <br> RBurgoyne@perkinscoie.com |

| | |
|---|---|
| One Richmond Square, Suite 165W<br>Providence, RI 02906<br>Phone: (401)454-0400<br>Facsimile: (401)454-0404<br>Mobile: (401)225-8858<br>jeffrey.chase-lubitz@huschblackwell.com | Caroline M. Mew - *pro hac vice*<br>CMew@perkinscoie.com<br>Perkins Coie LLP<br>700 13th St., N.W., Suite 800<br>Washington, DC 20005-3960<br>Telephone: 202-654-6200<br>Facsimile: 202-654-6211 |

SUSAN DOUGLAS TAYLOR, ESQ.
575 Madison Avenue, 10th Floor
New York, NY 10022
Phone: (212) 873-0711
Fax: (212) 605-0222
Email: st@susandouglastaylor.com
Admitted *pro hac vice*

Dated: November 14, 2022

## CERTIFICATE OF SERVICE

I, Richard Goldstein, Esq., hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to any indicated as non-registered participants on this 14th day of November 2022.

                                                          */s/ Richard Goldstein*
                                                         Richard Goldstein, Esq.

HB: 4870-8556-8573.1