UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY, as subrogee of Michael Quinlin,<br>    Plaintiff,<br><br>v.<br><br>HARRINGTON MARINE SERVICES, LLC,<br>    Defendant.<br><br>v.<br><br>BAYSIDE DIESEL SERVICE, INC.; and SOUTH SHORE DRY DOCK MARINE, INC.,<br>    Third-Party Defendants | C.A. No. 21-054-JJM-PAS |
| JOHN LABRECHE,<br>    Plaintiff,<br><br>v.<br><br>RICHARD BROUILLETTE; and 122 NORWOOD ASSOCIATES, LLC,<br>    Defendants. | C.A. No. 21-277-JJM-LDA |

| | |
|---|---|
| PAUL BOWARY, M.D.,<br>    Plaintiff,<br><br>v.<br><br>UNITED STATES MEDICAL LICENSING EXAMINATION; NATIONAL BOARD OF MEDICAL EXAMINERS; and THE FEDERATION OF STATE MEDICAL BOARDS OF THE UNITED STATES, INC.,<br>    Defendants. | C.A. No. 21-278-JJM-LDA |
| JASON LEONE, *on behalf of himself and all others so similarly situated*,<br>    Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC; and HSBC BANK USA NATIONAL ASSOCIATION, *as Trustee for Mortgage Pass-Through Certificates, Series MLMI 2005-A10*<br>    Defendants. | C.A. No. 21-323-JJM-LDA |
| REINAUER TRANSPORTATION COMPANIES, LLC; and SENESCO MARINE, LLC,<br>    Plaintiffs,<br><br>v.<br><br>SANDBERG ENTERPRISES, INC.; and THORDON BEARINGS, INC.,<br>    Defendants. | C.A. No. 21-330-JJM-LDA |

|  |  |  |
|---|---|---|
| SUMMIT REALTY, LLC,<br>    Plaintiff,<br><br>v.<br><br>CITY OF WOONSOCKET,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 21-436-JJM-LDA |

# TRIAL ORDER

Each of these cases is ready for trial. On or before July 6th, 2023, the parties in each case must meet and confer and file a Joint Notice that states the following:

1. How many total trial days (assume full days) will it take for the case to be tried?
2. How many witnesses does each side intend to call and list the names of all the witnesses for each side?
3. Are there any outstanding issues that need to be resolved before this case can be tried?
4. What efforts have been made to mediate this case? Would a referral to mediation possibly resolve this case?
5. Are there any dates between now and the end of 2023 when the attorneys, parties, or witnesses are unavailable for trial?

All counsel and parties are notified that any of these cases, in any order, may be called for trial at any time.

IT IS SO ORDERED.

s/John J McConnell, Jr.
_____

John J. McConnell, Jr.
Chief United States District Judge

June 27, 2023